UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN BLEVINS-MAMON,  )<br>  )<br>           Plaintiff,  )<br>  vs.  )<br>  )<br>FRANK ANDERSON, et al.,  )<br>  )<br>          Defendants.  ) | No. 1:10-cv-051-SEB-DML |

**Entry Discussing Requests to Proceed on Appeal In Forma Pauperis**

The plaintiff's requests for leave to proceed on appeal *in forma pauperis* (dkt 9, dkt 12) are **denied**. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor do his requests for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

      IT IS SO ORDERED.

Date: 03/05/2010

                                                 SARAH EVANS BARKER, JUDGE
                                                 United States District Court
                                                 Southern District of Indiana

Distribution:

Kevin Blevins-Mamon
DOC #190764
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362